AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

FILED
DEC 30 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Jesus BLANCO OLIVO | ) | Case No. DR-24-3878M-01 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 28, 2024__ in the county of __Maverick__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 933 | Firearms Trafficking |

This criminal complaint is based on these facts:

BLANCO OLIVO hired an unknown person to purchase firearms for him in the United States, and he attempted to smuggle those firearms into Mexico.

☑ Continued on the attached sheet.

_____
Complainant's signature

Eric Schlueter, ATF Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/30/2024

_____
Judge's signature

City and state: Del Rio, Texas

Matthew Watters, U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Eric Schlueter, being duly sworn do hereby depose and state:

1. Your Affiant is currently employed as a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since June 2021 and is currently assigned to the San Antonio Field Office. Prior to June 2021, your Affiant was employed as a Police Officer for the City of Florissant, Missouri. Your Affiant has a combined total of approximately 10 years of law enforcement experience and training with experience in investigations concerning violations of Title 18.

2. On December 26, 2024, an employee from Adelbridge Firearms & Co, local San Antonio Federal Firearms Licensee, called the San Antonio ATF Office to report suspicious behavior in their store. The employee advised a subject, Juan BLANCO OLIVO, DOB: 04/25/1995, entered the store and attempted to purchase a bulk amount of firearm magazines. BLANCO OLIVO spoke only in Spanish and presented employees with a Mexican passport. The employees also noted that BLANCO OLIVO seemed nervous, at which time the employee denied the sale, deeming it suspicious.

3. Queries of BLANCO OLIVO were conducted, showing he crossed into the United States from Mexico on December 26, 2024, using a tourist visa, and driving a Black Hyundai Tucson with Mexican plates.

4. A CBP lookout was placed on the vehicle, and it was tracked as it traveled to the Eagle Pass, Texas Port of Entry Bridge #1 and attempted to exit the United States back into Mexico on December 28, 2024.

5. After CBP received a negative declaration from BLANCO OLIVO, they conducted a search of the vehicle and discovered the following three firearms concealed underneath the front seats:

   a) MAKE: Glock, MODEL: 28, .380 Caliber Pistol, with Serial Number: AHSM514
   b) MAKE: Glock, MODEL: 25, .380 Caliber Pistol, with Serial Number: AHUS769
   c) MAKE: Glock, MODEL: 19, 9mm Pistol, with Serial Number: BGZY382

6. During a post-Miranda interview, BLANCO OLIVO confessed to hiring an unknown female subject in San Antonio, Texas on December 28, 2024, to purchase the firearms for him from Cash America Pawn. He provided the purchaser the money for the firearms, as well as $300 profit for each firearm she purchased for him. BLANCO OLIVO is aware he cannot purchase or own firearms in the United States because he is not a citizen.

7. BLANCO OLIVO planned to smuggle the firearms to Mexico where he knew he could sell them on the street for over double the amount of money they were purchased for in the United States. He has taken similar firearms to Mexico to do this at least two other times in the past.

8. An interstate nexus expert provided confirmation that the firearms were not manufactured in Texas.

9. Based on the above facts, your affiant believes there is probable cause that **Juan BLANCO OLIVO**, committed the offense of Firearms Trafficking, in violation of 18 U.S.C. §933.

_____
Special Agent Eric Schlueter

Bureau of Alcohol, Tobacco, Firearms, and Explosives

SUBSCRIBED AND SWORN TO ME THIS 30nd DAY OF December, 2024.

_____
HONORABLE JUDGE MATTHEW WATTERS
UNITED STATES MAGISTRATE JUDGE